IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RENE TAMEZ, #22470-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-777 |
| | § | CRIMINAL ACTION NO. 4:14-cr-28(21) |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

The motion filed pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence was referred to the undersigned United States Magistrate Judge for consideration. After reviewing the motion, the Court concludes a response from the Government is required. It is therefore

**ORDERED** the Clerk of Court deliver a copy of the Section 2255 motion upon Ernest Gonzalez, Assistant United States Attorney, Plano, Texas at ernest.gonzalez@usdoj.gov. Service by electronic means is acceptable, absent further order from the Court. *See* Rule 3(b), *Rules Governing Section 2255 Proceedings for the United States District Courts*. It is further

**ORDERED** the Assistant United States Attorney, on behalf of the United States of America, shall have sixty (60) days from the receipt of this Order to answer the motion in full compliance with 28 U.S.C. § 2255 and to show cause why the relief prayed for should not be granted. *See* Rule 4(b), *Rules Governing Section 2255 Proceedings for the United States District Courts*.

**SIGNED this 27th day of November, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE