IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RENE TAMEZ, #22470-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-777 |
| | § | CRIMINAL ACTION NO. 4:14-cr-28(21) |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

Respondent filed a motion for an extension of time in which to file a response (Dkt. #6) to Movant's motion filed pursuant to 28 U.S.C. § 2255. Counsel for the Government noted that due to a heavy case schedule and the recent government shutdown, he requires additional time. The motion is reasonable. It is accordingly

**ORDERED** Respondent's motion for extension of time (Dkt. #6) is **GRANTED**, and the deadline for the Government to file its response is extended up to and including February 27, 2018.

**SIGNED this 23rd day of January, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE